Receipt # 71899
CK # 236

FILED
U.S. BANKRUPTCY COURT
2009 DEC -8 PM 3:16
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 00-43443
)
MCKAY LOGISTICS CORP. )
) JUDGE KAY WOODS
)
Debtor(s) ) DIVIDENDS LESS THAN $5.00
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $4.97.

The dividend relates to the following claimant:

Synergistic Solutions, Inc.
145 Miller Drive
Conklin, MI 49403

$4.97

**TOTAL:** $4.97

2. My Trustee's check for $4.97 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: November 19, 2009

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

# CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE