IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 00-43443
)
MCKAY LOGISTICS CORP. )
) JUDGE KAY WOODS
)
)
Debtor(s) ) TRANSMITTAL OF UNCLAIMED
) FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since a Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

Internal Revenue Service
INSOLVENCY GROUP 3
PO Box 99183, Room 457
Cleveland, OH 44199

$737.40

Semper Florida Inc.
2351 E. Hubbard Rd.
Macon, GA 31217-5835

$230.08

Stamey Systems Inc.
7350 102nd Place South
Boynton Beach, FL 33437

$43.26

Chicago Express
216 S Wille Ave.
Mount Prospect, IL 60056     $53.09

Bedord Agriculture Services Inc.
9628 Lynchburg Saln Turnpike
Bedford, VA 24556

$15.34

Dedicated Transportation
131 McCormick Drive
Port Barre, LA 70577

$21.63

Meissner Trucking
6009 Garwood Street
Flower Mound, TX 75028

$108.15

Ryder Integrated Logistics
120 Summit Parkway
Suite 200
Birmingham, AL 35209

$50.14

Rose Suggs Transports Inc.
33 4th Street
Gainesville, GA 30504

$95.51

Knox Cartage
200 Eastbridge Blvd.
Knoxville, TN 37806

$19.66

Great Lakes Reit LP  
823 Commerce Drive 300  
Oak Brook, IL 60523

$58.99

Warehouse Associates  
2000 N Sugar St.  
Lima, OH 45801

$13.14

MDS Transport  
Route 2  
Box 145 T  
Martinsburg, WV 25401

$56.24

Inter Trans Express  
15 Eagle Court  
Streamwood, IL 60107

$1,645.09

In Home Health Inc.  
601 Carlson Parkway  
Minnetonka, MN 55343

$3,317.93

Southern Consolidated Systems  
331 W. Madison Street  
Pulaski, TN 38478

$21.63

Lakeshore Transportation Inc.  
2966 Wilson Ave.  
Grand Rapids, MI 49544

$29.50

D S Distribution
PO Box 641366
Cincinnati, OH 45264

$45.03

Titan Transport Inc.
Frederick L. Conrad Jr.
PO Box 30192
Knoxville, TN   37930

$28.32

Cloverleaf Transportation Inc.
4003 Summerville Way
Chester, NY 10918

$31.66

Artur Express
4111 Bentley Plaza
Fenton, MO 63026

$62.93

Lemon Son Trucking Inc.
35379 Wango Road
Pittsville, MD 21850

$132.38

Federal Express Custom Critica
PO Box 7162
Akron, OH 44306

$62.26

Air Transportation
PO Box 429
Dyersburg, TN 38024

$48.57

Conseco Finance Vendor
Services Corp.
Fka Green Tree Vendor Service Corp.
Thomas V. Askounis Esq.
303 E. Wacker Dr., 9th Floor
Chicago, IL 60601

$1,248.19

Shreve Transit
325 Ingram
PO Box 1409
Conway, AR 72032

$28.51

Solace Transfer Company
521 W. Lena Street
Lena, IL 61048

$13.76

Barr S. Truck Service
1029 Westside Drive
Greensboro, NC 27405

$13.76

K B Transportation
200 State Street
Brockport, NY 14420

$34.02

Don Hummer Trucking
1134 Broadway
West Burlington, IA 52627

$33.23

Fremont Contract Carriers
PO Box 489
Fremont, NE 68026

$48.57

Conseco Finance Vendor
Services Corp.
Fka Green Tree Vendor Service Corp.
Thomas V. Askounis Esq.
303 E. Wacker Dr., 9th Floor
Chicago, IL 60601

$1,248.19

Shreve Transit
325 Ingram
PO Box 1409
Conway, AR 72032

$28.51

Solace Transfer Company
521 W. Lena Street
Lena, IL 61048

$13.76

Barr S. Truck Service
1029 Westside Drive
Greensboro, NC 27405

$13.76

K B Transportation
200 State Street
Brockport, NY 14420

$34.02

Don Hummer Trucking
1134 Broadway
West Burlington, IA 52627

$33.23

Fremont Contract Carriers
PO Box 489
Fremont, NE 68026

$21.63

Classic Freight Enterprises
5331 Republic Dr.
Memphis, TN 38118

$20.65

Riviera Finance
PO Box 879
Plainsboro, NJ 08536

$103.02

Sewards Folly Express
10311 Evendale Dr.
Cincinnati, OH 45241-2511

$37.76

New Century Transportation
PO Box 863
Glassboro, NJ 08028

$68.82

Conseco Finance Vendor
Services Corp.
FKA GreenTree Vendor Service Corp.
Thomas V. Askounis Esq.
303 E. Wacker Dr. 9th Floor
Chicago, IL 60601

$1,248.19

Lee Marion Transportation Inc.
DBA S&B Transport
101 Beaver Dam Rd.
Gaffney, SC 29341

$16.71

Aviza  
3505 Boca Chica  
Suite 114  
Brownsville, TX   78520  

                                                                               $47.00

Sun Trucking Inc.  
1814 Gillette Ave.  
Louisville, KY 40216  

                                                             $100.39

Schneider National  
3101 S. Packerland Drive  
PO Box 2547  
Green BY, WI 54306  

                                                             $890.36

Clarence Stufflebean  
Helen Stufflebean  
7534 W. Highway 60 , Lot 132  
Republic, MO 65738  

                                                             $39.33

Semper Florida Inc.  
2351 E. Hubbard Rd.  
Macon, GA 31217-5835  

                                                             $230.07

Advanced Telecommunications, Inc.  
1811 Centre Point Circle  
Suite 111  
Naperville, IL 60563  

                                                             $112.26

Thornton Trucking  
PO Box 1200  
Grenada, MS 38902  

                                                             $50.14

Jones Motor Company Inc.
900 West Bridge St.
Spring City, PA 19475

$93.27

James D. Martin Associates
204 Pin Oak Drive
Wilmette, IL 60091

$108.70

Rodney Sandmeier
Pilgrims Trucking Co.
PO Box 621
Sharon Springs, KS 67758

$140.96

S W Hilts Trucking
554 Co Route 41
West Edmeston, NY 13485

$12.00

Tru Way Logistics
3411 NW 9th Ave, Suite 708
Fort Lauderdale, FL 33309

$99.30

Burlington Motor Carriers
FKA TSL
14611 W Commerce Rd
Daleville, IN 47334

$754.15

**TOTAL**          **$12,494.11**

2. My Trustee's check payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 03/4/10    /s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this _____3/4/10_____ day of __March__, 2010 to:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE